DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

STATE v. GREENE

No. 264P84.

Case below: 67 N.C. App. 703.

Petition by defendant for discretionary review under G.S. 7A-31 denied 6 July 1984. Motion by Attorney General to dismiss appeal for lack of substantial constitutional question allowed 6 July 1984.

STATE v. JOINES

No. 108P84.

Case below: 66 N.C. App. 459.

Petition by defendant for discretionary review under G.S. 7A-31 denied 9 July 1984.

STATE v. HICKS

No. 289P84.

Case below: 63 N.C. App. 566.

Petition by defendant for writ of certiorari to North Carolina Court of Appeals denied 6 July 1984.

STATE v. MALONE

No. 62P84.

Case below: 65 N.C. App. 782.

Petition by defendant for discretionary review under G.S. 7A-31 denied 6 July 1984. Motion by Attorney General to dismiss appeal for lack of substantial constitutional question allowed 6 July 1984.

STATE v. MARTIN

No. 200P84.

Case below: 67 N.C. App. 265.

Petition by defendant for discretionary review under G.S. 7A-31 denied 6 July 1984. Motion by Attorney General to dismiss the appeal for lack of substantial constitutional question allowed 6 July 1984.